_____ FILED _____ LODGED
_____ RECEIVED
11/24/2020
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MICHAEL J. GIBBONS, Defendant. | No. CR20- 5455<br>INFORMATION<br>(Misdemeanor) |

The United States Attorney charges that:

COUNT I

On or about October 11, 2020, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, MICHAEL J. GIBBONS, did drive a motor vehicle while under the influence of intoxicating liquor or drugs.

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.61.502.

COUNT II

On or about October 11, 2020, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, MICHAEL J. GIBBONS, did operate a motor-vehicle in a



Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

reckless manner, with willful or wanton disregard for the safety of persons or property.

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.61.500.

COUNT III

On or about October 11, 2020, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, MICHAEL J. GIBBONS, did keep in a motor vehicle while the vehicle was upon a highway, a bottle, can, or other receptacle containing an alcoholic beverage which had been opened or a seal broken or the contents partially removed.

All in violation of 18 U.S.C. § 7, 40 U.S.C. § 1315, 32 C.F.R. Pt. 210, and R.C.W. 46.61.519(3).

DATED this 23rd day of November, 2020.

BRIAN T. MORAN
United States Attorney

BRANDEN R. NETHKEN
Special Assistant United States Attorney



Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil