UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MICHAEL GIBBONS,<br>Defendant. | No.: CR20-5455-CVB<br><br>NOTICE OF APPEARANCE AND DEMAND FOR DISCOVERY |

TO: CLERK OF THE ABOVE-ENTITLED COURT

AND TO: U.S. ATTORNEYS OFFICE

YOU AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Thomas E. Weaver enters his appearance for the above-named Defendant and requests that all further papers and pleadings, other than original process, be served upon him at the address below, and the Defendant does enter a plea of "not guilty" and demands a speedy public trial.

IT IS FURTHER DEMANDED that you render to me, as attorney of record, any and all evidence whether incriminating or exculpatory substantive or impeachment including, but not limited to, copies of police reports, any tests performed by experts, as well as a list of witnesses. Such discovery is required by CrRLJ 4.7, the Fifth, Sixth, and Fourteenth Amendments and Brady v. Maryland 373 U.S. 83, S.Ct. 1194, 10 L.Ed.2d 215 (1963).

Dated this 10th day of December, 2020.

Thomas E. Weaver

Thomas E. Weaver
WSBA #22488
Attorney for Defendant



The Law Office of Thomas E. Weaver
P.O. Box 1056
Bremerton, WA 98337
(360) 792-9345