Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL J. GIBBONS,<br>Defendant. | No. CR20-5455<br><br>SUPERSEDING INFORMATION<br>(Misdemeanor) |

The United States Attorney charges that:

On or about October 11, 2020, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, MICHAEL J. GIBBONS did operate a motor vehicle in a negligent manner, a manner likely to endanger persons or property, after having consumed alcohol or drugs; that is, Negligent Driving in the 1st Degree.

///

///



Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

All in violation of Title 18, United States Code, Sections 7 and 13, and RCW 46.61.5249.

DATED this 31st day of January, 2021.

BRIAN T. MORAN
United States Attorney

JESSICA R. PAVLOCK
Special Assistant United States Attorney



Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil