Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL J. GIBBONS,<br>Defendant. | No. CR20-5455<br><br>PLEA AGREEMENT |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Jessica R. Pavlock, Special Assistant United States Attorney for said District, and the defendant, MICHAEL J. GIBBONS, and defendant's attorney, Thomas E. Weaver, enter into the following Plea Agreement, pursuant to Rule 11(c), Federal Rules of Criminal Procedure.

1. The Charge. The defendant agrees to plead guilty to a single-count Superseding Information (misdemeanor), which the defendant understands charges a violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.61.5249 (Negligent Driving, 1st Degree).

2. Statutory Penalties. The defendant understands and acknowledges that the statutory penalties for the charge contained in the Superseding Information are imprisonment for up to ninety (90) days, a fine of up to one thousand dollars ($1,000),



Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

and a mandatory ten dollar ($10) special assessment penalty.

If the defendant receives a sentence of probation, the probationary period could be up to five (5) years.

3. Rights Waived by Pleading Guilty. The defendant understands and acknowledges that by pleading guilty, the defendant knowingly and voluntarily waives the following rights:

a. The right to plead not guilty, and to persist in a plea of not guilty;

b. The right to be presumed innocent until guilt has been established at trial, beyond a reasonable doubt;

c. The right to trial before a judge, and at that trial, the right to the effective assistance of counsel;

d. The right to confront and cross-examine witnesses against the defendant;

e. The right to compel or subpoena witnesses to appear on the defendant's behalf;

f. The right to testify or to remain silent at trial at which such silence could not be used against the defendant; and

g. The right to appeal a finding of guilty or any pretrial rulings.

4. Applicability of Sentencing Guidelines. The defendant understands and acknowledges that the Guidelines do not apply to this case.

5. Ultimate Sentence. The defendant acknowledges that no one has promised or guaranteed what sentence the Court will impose and that the defendant may not withdraw a guilty plea solely because the sentence imposed by the Court may be different from the recommendation of the Government.

6. Sentencing Recommendation. At the time of sentencing, the parties will stipulate to no jail time, a fine of five-hundred dollars ($500.00), and the mandatory ten dollar ($10) special assessment penalty.



Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

7. Statement of Facts. The parties stipulate to the following facts in support of the guilty plea:

On October 11, 2020, at approximately 9:23 a.m., at Joint Base Lewis-McChord, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, a military police officer was dispatched to a vehicle collision on 7th Infantry Regiment Road. Upon arrival, the military police officer observed a black 2015 Suburu Crosstrek in the gravel parking lot of Range 31, adjacent to 7th Infantry Regiment Road. The officer observed front end damage to the driver side headlight, undercarriage damage on the vehicle, and a flat tire on the driver's side of the vehicle. The officer observed vehicle debris in the parking lot, and damage to an electrical box and range sign. Two individuals were sitting in the vehicle when the officer arrived. While speaking with the driver of the Suburu, subsequently identified as MICHAEL J. GIBBONS, the defendant, the officer detected an odor of alcohol. The defendant told the military police officer that he and the passenger of the vehicle were coming from a "get together" at a friend's house, and traveling northbound on 7th Infantry Regiment Road when he fell asleep and crashed. Initially the defendant denied consuming alcohol at the "get together" prior to driving, but later told the officer he consumed one beer. The passenger of the vehicle told the officers on scene that she could not remember what time the collision occurred, but that it was "dark" outside, and that she and the driver were trying to find help for "hours." The defendant agreed to perform a series of field sobriety tests which, in the officer's opinion, indicated signs of impairment. While conducting a search of the defendant's vehicle, officers found numerous "White Claw" alcoholic containers on the floorboards of the driver seat and front passenger seat, and an empty "Jack Daniels Honey" bottle on the floorboard of the backseat.

The defendant operated his motor vehicle in a negligent manner by driving late at night on roadways where there were other vehicles, with a passenger in his vehicle, after having consumed alcohol or drugs, and likely to endanger persons and property. The defendant exhibited the effects of having consumed alcohol or drugs as noted by the military police officer. The defendant was detained and transported to the police station where he agreed to perform a BAC test, with a result of .07. The defendant was cited and released.

8. Acceptance of Responsibility. The United States acknowledges that



Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

defendant has assisted the United States by timely notifying the authorities of defendant's intention to plead guilty, thereby permitting the United States to avoid preparing for trial and permitting the Court to allocate its resources efficiently.

9. Voluntariness of Plea. Defendant acknowledges that he has entered into this Plea Agreement freely and voluntarily, and that no threats or promises, other than the promises contained in this Plea Agreement, were made to induce the defendant to enter this plea of guilty.

10. Immigration Consequences. If the defendant is not a United States citizen, the defendant understands that entering a guilty plea may have consequences regarding immigration status. Certain crimes are deportable offenses, and a plea of guilty to any such crime may subject defendant to automatic deportation and removal from the United States. See 8 U.S.C. § 1227(a)(2). Defendant affirms that defendant has been advised of the potential immigration consequences that may result from the entry of the guilty plea contemplated by this Agreement and is prepared to proceed with the guilty plea regardless of any immigration consequences that may result from such guilty plea, even if such consequences include automatic deportation and removal from the United States.

11. Completeness of Agreement. The United States and the defendant acknowledge that these terms constitute the entire Plea Agreement between the parties. This Plea Agreement only binds the United States Attorney's Office for the Western District of Washington. It does not bind any other United States Attorney's Office or any

///

///

///



Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

other office or agency of the United States, or any state or local prosecutor.

DATED this 21st day of January, 2021.

_Michael Gibbons_
MICHAEL J. GIBBONS
Defendant

_Thomas E. Weaver_
THOMAS E. WEAVER
Attorney for Defendant

JESSICA R. PAVLOCK
Special Assistant United States Attorney



Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1916 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil