AO 245H (Rev 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 01/28/2002: BJS 6/2015)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA
V.

MICHAEL J. GIBBONS

**JUDGMENT IN A CRIMINAL CASE**
**(Short Form)**

CASE NUMBER: CR20-5455

Thomas E. Weaver
Defendant's Attorney

☑ **THE DEFENDANT** pleaded guilty to a single-count Superseding Information (misdemeanor)

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count No.** |
|---|---|---|---|
| 18 U.S.C. §§ 7 and 13; RCW 46.61.5249 | Negligent Driving 1st Degree | 10/11/2020 | I |

☐ Count(s) ________________________ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| **Total:** | **Fine** | **Assessment** | **Processing Fee** | **Payable Within/By** |
|---|---|---|---|---|
| $510 | $500 | $10.00 | $ N/A | Within 30 days |

Defendant's SSN: XXX-XX-6161

Defendant's DOB: XX-XX-1992

Defendant's USM No: N/A

*s/ Barbara J. Sievers*
BARBARA J. SIEVERS, Assistant United States Attorney

February 1, 2021
Date of Imposition of Judgment

Via zoom Michael Gibbons
Defendant's Signature

Signature of Magistrate Judge

THE HONORABLE J. RICHARD CREATURA
United States Magistrate Judge

February 1, 2021
Date